No. 94–1577. FBT BANCSHARES, INC. *v.* MUTUAL FIRE, MA-RINE & INLAND INSURANCE CO., INC. Sup. Ct. Pa. Certiorari denied.

No. 94–1578. MANIACE ET AL. *v.* COMMERCE BANK OF KANSAS CITY, N. A. C. A. 8th Cir. Certiorari denied.

No. 94–1584. NANNY CAY ENTERPRISES, LTD., ET AL. *v.* BAR-CLAYS BANK PLC. C. A. 3d Cir. Certiorari denied.

No. 94–1588. BUCKEYE UNION LIFE INSURANCE CO. *v.* LEBER ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 94–1603. SMITH *v.* BOARD OF REGENTS, UNIVERSITY OF HOUSTON SYSTEM, ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 94–1618. BOYD *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1635. NOVA BIOMEDICAL CORP. ET AL. *v.* RICE. C. A. 7th Cir. Certiorari denied.

No. 94–1637. ALLARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–1639. BREWER *v.* CLARKE COUNTY SCHOOL DISTRICT ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1643. ALEXANDER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–1645. GENSTAR STONE PRODUCTS CO. ET AL. *v.* MARY-LAND ET AL. Ct. App. Md. Certiorari denied.

No. 94–1646. O'CONNOR *v.* REHABILITATION SUPPORT SERV-ICES, INC., ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.